Dismissed and Opinion filed August 29, 2002









Dismissed and Opinion filed August 29, 2002.

 




 
 
 
  
 
 
 




In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00514-CV

____________

 

ROBERT RIVERA, Appellant

 

V.

 

UNION PACIFIC INSURANCE COMPANY, Appellee

 



 

On
Appeal from the 152nd District Court

Harris County, Texas

Trial
Court Cause No. 99-42890

 



 

M
E M O R A N D U M   O P I N I O N

This
is an appeal from a judgment signed February 7, 2002.  On August 21, 2002, appellant filed a motion
to dismiss the appeal.  See Tex. R. App. P. 42.1(a)(2).  The motion is granted.

Accordingly,
the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed August 29, 2002.

Panel consists of Chief Justice
Brister and Justices Hudson and Fowler.

Do Not Publish C Tex. R. App. P.
47.3(b).